IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | CASE NO. 5:11-cv-05434 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| CONNIE ALVAREZ, et. al., | [Docket Item No. 14] |
| Defendant(s). | |

Having been informed the parties have reached a settlement of this action (see Docket Item No. 14), the parties are ordered to appear before the Honorable Edward J. Davila on **April 6, 2012, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **March 30, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of the settlement as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before March 30, 2012.

All other pretrial deadlines, motions and hearing dates are TERMINATED and VACATED, including the Case Management Conference scheduled for May 11, 2012.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: March 8, 2012

EDWARD J. DAVILA
United States District Judge

1

Case No. 5:11-cv-05434 EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT